J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Brian Bush
712 Old Waynesville Road
Jesup, Georgia 31546
Telephone: (912) 427-3881
Facsimile: (912) 207-1702

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No. CV13-4477 -DMG (DTBx) |
| Plaintiff, | CONSENT DECREE AND PERMANENT INJUNCTION [17] |
| v. | |
| Cecil Bush, an individual and d/b/a Amazon.com Seller ALLSEASONS; Brian Bush, an individual and d/b/a Amazon.com Seller ALLSEASONS, and Does 1-10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Brian Bush, an individual and d/b/a Amazon.com Seller ALLSEASONS ("Defendant"), in this action, and good cause appearing therefor,

IT IS HEREBY ORDERED that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby

entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

    b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download,

distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

    c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint against Defendant Cecil Bush are dismissed without prejudice.

7)    Except as provided herein, all claims alleged in the Complaint against Defendant Brian Bush are dismissed with prejudice.

8)    This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

9)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

10)    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

11)    The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

12)    This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:     January 3, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: \_\_/s/ Annie S. Wang_____
       J. Andrew Coombs
       Annie S. Wang
Attorneys for Plaintiff
Warner Bros. Home Entertainment

Defendant Brian Bush, an individual
and d/b/a Amazon.com Seller ALLSEASONS

By: \_\_/s/ Brian Bush_____
       Brian Bush
Defendant, *in pro se*

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| REG. NO. | DESCRIPTION | COPYRIGHT CLAIMANT |
|---|---|---|
| PA 1-805-616 | THE CLOSER: Unknown Trouble | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-830-012 | THE CLOSER: Repeat Offender | WBEI |
| PA 1-830-014 | THE CLOSER: To Serve With Love | WBEI |
| PA 1-830-262 | THE CLOSER: Under Control | WBEI |
| PA 1-830-011 | THE CLOSER: Forgive Us Our Trespasses | WBEI |
| PA 1-829-979 | THE CLOSER: Home Improvement | WBEI |
| PA 1-830-017 | THE CLOSER: A Family Affair | WBEI |
| PA 1-829-972 | THE CLOSER: Death Warrant | WBEI |
| PA 1-829-994 | THE CLOSER: Star Turn | WBEI |
| PA 1-830-261 | THE CLOSER: Fresh Pursuit | WBEI |
| PA 1-830-008 | THE CLOSER: Necessary Evil | WBEI |
| PA 1-829-985 | THE CLOSER: You Have The Right To Remain Jolly | WBEI |
| PA 1-829-964 | THE CLOSER: Relative Matters | WBEI |
| PA 1-829-977 | THE CLOSER: Road Block | WBEI |
| PA 1-833-797 | THE CLOSER: Silent Partner | WBEI |
| PA 1-829-967 | THE CLOSER: Hostile Witness | WBEI |
| PA 1-829-981 | THE CLOSER: Fool's Gold | WBEI |
| PA 1-829-966 | THE CLOSER: Drug Fiend | WBEI |
| PA 1-829-968 | THE CLOSER: Last Rites | WBEI |
| PA 1-830-005 | THE CLOSER: Armed Response | WBEI |
| PA 1-805-629 | THE CLOSER: The Last Word | WBEI |
| PA 741-695 | FRIENDS: The One Where Monica Gets a Roommate | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP ("WBEI") |
| PA 741-697 | FRIENDS: The One with the Sonogram at the End | WBEI |
| PA 741-696 | FRIENDS: The One with the Thumb | WBEI |
| PA 741-699 | FRIENDS: The One with George Stephanopoulos | WBEI |
| PA 741-698 | FRIENDS: The One with the East German Laundry Detergent | WBEI |
| PA 741-700 | FRIENDS: The One with the Butt | WBEI |
| PA 741-701 | FRIENDS: The One with the Blackout | WBEI |
| PA 741-702 | FRIENDS: The One Where Nana Dies Twice | WBEI |

| | | |
|---|---|---|
| PA 741-704 | FRIENDS: The One Where Underdog Gets Away | WBEI |
| PA 741-706 | FRIENDS: The One with the Monkey | WBEI |
| PA 741-705 | FRIENDS: The One with Mrs. Bing | WBEI |
| PA 741-703 | FRIENDS: The One with the Dozen Lasagnas | WBEI |
| PA 741-709 | FRIENDS: The One with the Boobies | WBEI |
| PA 741-712 | FRIENDS: The One with the Candy Hearts | WBEI |
| PA 741-708 | FRIENDS: The One with the Stoned Guy | WBEI |
| PA 741-710 | FRIENDS: The One with Two Parts: Part 1 | WBEI |
| PA 741-711 | FRIENDS: The One with Two Parts: Part 2 | WBEI |
| PA 741-707 | FRIENDS: The One with all the Poker | WBEI |
| PA 741-713 | FRIENDS: The One Where the Monkey Gets Away | WBEI |
| PA 741-714 | FRIENDS: The One with the Evil Orthodontist | WBEI |
| PA 750-485 | FRIENDS: The One with the Fake Monica | WBEI |
| PA 750-486 | FRIENDS: The One with the Ick Factor | WBEI |
| PA 750-484 | FRIENDS: The One with the Birth | WBEI |
| PA 750-483 | FRIENDS: The One where Rachel Finds Out | WBEI |
| PA 789-111 | FRIENDS: The One with Ross's New Girlfriend | WBEI |
| PA 775-415 | FRIENDS: The One with the Breast Milk | WBEI |
| PA 775-416 | FRIENDS: The One Where Heckles Dies | WBEI |
| PA 775-418 | FRIENDS: The One with Phoebe's Husband | WBEI |
| PA 775-417 | FRIENDS: The One with Five Steaks and an Eggplant | WBEI |
| PA 775-419 | FRIENDS: The One with the Baby on the Bus | WBEI |
| PA 775-420 | FRIENDS: The One Where Ross Finds Out | WBEI |
| PA 775-421 | FRIENDS: The One with the List | WBEI |
| PA 775-422 | FRIENDS: The One with Phoebe's Dad | WBEI |
| PA 775-424 | FRIENDS: The One with Russ | WBEI |
| PA 775-425 | FRIENDS: The One with the Lesbian Wedding | WBEI |
| PA 775-432 | FRIENDS: The One After the Superbowl: Part 1 and 2 | WBEI |
| PA 775-423 | FRIENDS: The One with the Prom Video | WBEI |
| PA 775-426 | FRIENDS: The One Where Ross and Rachel… You Know | WBEI |
| PA 775-427 | FRIENDS: The One Where Joey Moves Out | WBEI |
| PA 775-428 | FRIENDS: The One Where Eddie Moves In | WBEI |
| PA 775-429 | FRIENDS: The One Where Dr. Ramoray Dies | WBEI |
| PA 775-430 | FRIENDS: The One Where Eddie Won't Go | WBEI |
| PA 775-431 | FRIENDS: The One Where Old Yeller Dies | WBEI |
| PA 775-836 | FRIENDS: The One with the Bullies | WBEI |
| PA 775-837 | FRIENDS: The One with the Two Parties | WBEI |
| PA 775-839 | FRIENDS: The One with the Chicken Pox | WBEI |
| PA 775-838 | FRIENDS: The One with Barry and Mindy's Wedding | WBEI |
| PA 805-681 | FRIENDS: The One with the Princess Leia Fantasy | WBEI |
| PA 805-680 | FRIENDS: The One Where No One's Ready | WBEI |
| PA 805-679 | FRIENDS: The One with the Jam | WBEI |
| PA 805-678 | FRIENDS: The One with the Metaphorical Tunnel | WBEI |
| PA 806-033 | FRIENDS: The One with Frank Jr. | WBEI |
| PA 806-034 | FRIENDS: The One with the Flashback | WBEI |
| PA 806-035 | FRIENDS: The One with the Race Car Bed | WBEI |

| | | |
|---|---|---|
| PA 806-036 | FRIENDS: The One with the Poking Device | WBEI |
| PA 806-037 | FRIENDS: The One with the Football | WBEI |
| PA 823-904 | FRIENDS: The One Where Rachel Quits | WBEI |
| PA 824-339 | FRIENDS: The One Where Chandler Can't Remember Which Sister | WBEI |
| PA 824-338 | FRIENDS: The One with All the Jealousy | WBEI |
| PA 824-340 | FRIENDS: The One where Monica and Richard Are Just Friends | WBEI |
| PA 824-354 | FRIENDS: The One with Phoebe's Ex-Partner | WBEI |
| PA 824-353 | FRIENDS: The One Where Ross and Rachel Take a Break | WBEI |
| PA 824-355 | FRIENDS: The One the Morning After | WBEI |
| PA 824-357 | FRIENDS: The One With the Ski Trip | WBEI |
| PA 824-356 | FRIENDS: The One with the Hypnosis Tape | WBEI |
| PA 824-621 | FRIENDS: The One with the Tiny T-Shirt | WBEI |
| PA 824-622 | FRIENDS: The One with the Dollhouse | WBEI |
| PA 824-623 | FRIENDS: The One with the Chick and the Duck | WBEI |
| PA 838-151 | FRIENDS: The One with the Screamer | WBEI |
| PA 838-153 | FRIENDS: The One with Ross's Thing | WBEI |
| PA 838-152 | FRIENDS: The One with the Ultimate Fighting Champion | WBEI |
| PA 838-154 | FRIENDS: The One at the Beach | WBEI |
| PA 853-984 | FRIENDS: The One with the Jellyfish | WBEI |
| PA 853-985 | FRIENDS: The One with the Cat | WBEI |
| PA 853-986 | FRIENDS: The One with the 'Cuffs | WBEI |
| PA 853-987 | FRIENDS: The One with the Ballroom Dancing | WBEI |
| PA 854-172 | FRIENDS: The One with Joey's New Girlfriend | WBEI |
| PA 854-173 | FRIENDS: The One with the Dirty Girl | WBEI |
| PA 854-174 | FRIENDS: The One Where Chandler Crosses the Line | WBEI |
| PA 854-175 | FRIENDS: The One with Chandler in a Box | WBEI |
| PA 854-250 | FRIENDS: The One Where They're Going to a Party! | WBEI |
| PA 854-249 | FRIENDS: The One with the Girl from Poughkeepsie | WBEI |
| PA 872-595 | FRIENDS: The One with Phoebe's Uterus | WBEI |
| PA 872-596 | FRIENDS: The One with the Embryos | WBEI |
| PA 872-597 | FRIENDS: The One with Rachel's Crush | WBEI |
| PA 872-647 | FRIENDS: The One with Joey's Dirty Day | WBEI |
| PA 872-648 | FRIENDS: The One with All the Rugby | WBEI |
| PA 873-051 | FRIENDS: The One with the Fake Party | WBEI |
| PA 873-052 | FRIENDS: The One with the Free Porn | WBEI |
| PA 873-119 | FRIENDS: The One with Rachel's New Dress | WBEI |
| PA 873-118 | FRIENDS: The One with All the Haste | WBEI |
| PA 873-120 | FRIENDS: The One with All the Wedding Dresses | WBEI |
| PA 886-940 | FRIENDS: The One with the Invitation | WBEI |
| PA 886-941 | FRIENDS: The One with the Worst Best Man Ever | WBEI |
| PA 886-942 | FRIENDS: The One with Ross's Wedding: Part 1-2 | WBEI |
| PA 903-501 | FRIENDS: The One After Ross Says Rachel | WBEI |
| PA 903-502 | FRIENDS: The One with All the Kissing | WBEI |
| PA 903-503 | FRIENDS: The One Hundredth | WBEI |

| | | |
|---|---|---|
| PA 903-504 | FRIENDS: The One Where Phoebe Hates PBS | WBEI |
| PA 903-929 | FRIENDS: The One with the Kips | WBEI |
| PA 903-932 | FRIENDS: The One with the Yeti | WBEI |
| PA 903-931 | FRIENDS: The One Where Ross Moves In | WBEI |
| PA 903-930 | FRIENDS: The One with All the Thanksgivings | WBEI |
| PA 918-650 | FRIENDS: The One with Ross' Sandwich | WBEI |
| PA 918-651 | FRIENDS: The One with the Inappropriate Sister | WBEI |
| PA 918-340 | FRIENDS: The One with All the Resolutions | WBEI |
| PA 918-341 | FRIENDS: The One with Chandler's Work Laugh | WBEI |
| PA 918-547 | FRIENDS: The One with Joey's Bag | WBEI |
| PA 918-548 | FRIENDS: The One Where Everybody Finds Out | WBEI |
| PA 918-549 | FRIENDS: The One with the Girl Who Hits Joey | WBEI |
| PA 918-550 | FRIENDS: The One with the Cop | WBEI |
| PA 929-814 | FRIENDS: The One with Rachel's Inadvertent Kiss | WBEI |
| PA 929-884 | FRIENDS: The One Where Rachel Smokes | WBEI |
| PA 929-885 | FRIENDS: The One Where Ross Can't Flirt | WBEI |
| PA 929-886 | FRIENDS: The One with the Ride-Along | WBEI |
| PA 936-661 | FRIENDS: The One with the Ball | WBEI |
| PA 936-662 | FRIENDS: The One with Joey's Big Break | WBEI |
| PA 936-663 | FRIENDS: The One in Vegas: Part I & II | WBEI |
| PA 947-241 | FRIENDS: The One After Vegas | WBEI |
| PA 947-240 | FRIENDS: The One Where Ross Hugs Rachel | WBEI |
| PA 947-239 | FRIENDS: The One with Ross's Denial | WBEI |
| PA 958-084 | FRIENDS: The One Where Joey Loses His Insurance | WBEI |
| PA 977-638 | FRIENDS: The One with Joey's Porsche | WBEI |
| PA 958-087 | FRIENDS: The One on the Last Night | WBEI |
| PA 958-086 | FRIENDS: The One Where Phoebe Runs | WBEI |
| PA 958-085 | FRIENDS: The One with Ross' Teeth | WBEI |
| PA 971-093 | FRIENDS: The One Where Ross Got High | WBEI |
| PA 971-094 | FRIENDS: The One with the Routine | WBEI |
| PA 981-598 | FRIENDS: The One with the Apothecary Table | WBEI |
| PA 971-095 | FRIENDS: The One with the Joke | WBEI |
| PA 982-983 | FRIENDS: The One with Rachel's Sister | WBEI |
| PA 982-985 | FRIENDS: The One Where Chandler Can't Cry | WBEI |
| PA 982-984 | FRIENDS: The One that Could Have Been: Part 1-2 | WBEI |
| PA 971-096 | FRIENDS: The One with Unagi | WBEI |
| PA 971-097 | FRIENDS: The One Where Ross Dates a Student | WBEI |
| PA 971-427 | FRIENDS: The One with Joey's Fridge | WBEI |
| PA 982-601 | FRIENDS: The One with Mac and CHEESE | WBEI |
| PA 982-988 | FRIENDS: The One Where Ross Meets Elizabeth's Dad | WBEI |
| PA 982-987 | FRIENDS: The One Where Paul's the Man | WBEI |
| PA 982-986 | FRIENDS: The One with the Ring | WBEI |
| PA 983-070 | FRIENDS: The One with the Proposal: Part 1-2 | WBEI |
| PA 999-614 | FRIENDS: The One with Monica's Thunder | WBEI |
| PA 999-615 | FRIENDS: The One with Rachel's Book | WBEI |
| PA 999-617 | FRIENDS: The One with Phoebe's Cookies | WBEI |

| | | |
|---|---|---|
| PA 999-616 | FRIENDS: The One with Rachel's Assistant | WBEI |
| PA 1-033-420 | FRIENDS: The One with the Engagement Picture | WBEI |
| PA 1-033-419 | FRIENDS: The One with the Nap Partners | WBEI |
| PA 1-033-418 | FRIENDS: The One with Ross' Library Book | WBEI |
| PA 1-033-421 | FRIENDS: The One Where Chandler Doesn't Like Dogs | WBEI |
| PA 1-048-077 | FRIENDS: The One with All the Candy | WBEI |
| PA 1-048-078 | FRIENDS: The One with the Holiday Armadillo | WBEI |
| PA 1-021-721 | FRIENDS: The One with All the Cheesecakes | WBEI |
| PA 1-021-722 | FRIENDS: The One Where They're Up All Night | WBEI |
| PA 1-021-723 | FRIENDS: The One Where Rosita Dies | WBEI |
| PA 1-021-724 | FRIENDS: The One Where They All Turn Thirty | WBEI |
| PA 1-021-726 | FRIENDS: The One with Joey's New Brain | WBEI |
| PA 1-021-727 | FRIENDS: The One with the Truth About London | WBEI |
| PA 1-021-728 | FRIENDS: The One with the Cheap Wedding Dress | WBEI |
| PA 1-021-729 | FRIENDS: The One with Joey's Award | WBEI |
| PA 1-041-435 | FRIENDS: The One with Ross and Monica's Cousin | WBEI |
| PA 1-041-436 | FRIENDS: The One with Rachel's Big Kiss | WBEI |
| PA 1-036-645 | FRIENDS: The One with the Vows | WBEI |
| PA 1-036-646 | FRIENDS: The One with Chandler's Dad | WBEI |
| PA 1-041-437 | FRIENDS: The One with Monica and Chandler's Wedding: Part 1-2 | WBEI |
| PA 1-048-079 | FRIENDS: The One After I Do | WBEI |
| PA 1-048-195 | FRIENDS: The One with the Red Sweater | WBEI |
| PA 1-048-196 | FRIENDS: The One Where Rachel Tells… | WBEI |
| PA 1-048-198 | FRIENDS: The One with the Videotape | WBEI |
| PA 1-048-197 | FRIENDS: The One with Rachel's Date | WBEI |
| PA 1-064-551 | FRIENDS: The One with the Halloween Party | WBEI |
| PA 1-064-552 | FRIENDS: The One with the Stain | WBEI |
| PA 1-064-572 | FRIENDS: The One with the Stripper | WBEI |
| PA 1-064-573 | FRIENDS: The One with the Rumor | WBEI |
| PA 1-068-676 | FRIENDS: The One with Monica's Boots | WBEI |
| PA 1-068-677 | FRIENDS: The One with Ross's Step Forward | WBEI |
| PA 1-068-613 | FRIENDS: The One Where Joey Dates Rachel | WBEI |
| PA 1-068-614 | FRIENDS: The One Where Chandler Takes a Bath | WBEI |
| PA 1-068-942 | FRIENDS: The One with the Secret Closet | WBEI |
| PA 1-068-943 | FRIENDS: The One with the Birthing Video | WBEI |
| PA 1-079-280 | FRIENDS: The One Where Joey Tells Rachel | WBEI |
| PA 1-079-423 | FRIENDS: The One with the Tea Leaves | WBEI |
| PA 1-078-820 | FRIENDS: The One in Massapequa | WBEI |
| PA 1-092-616 | FRIENDS: The One with Joey's Interview | WBEI |
| PA 1-078-890 | FRIENDS: The One with the Baby Shower | WBEI |
| PA 1-078-891 | FRIENDS: The One with the Cooking Class | WBEI |
| PA 1-078-889 | FRIENDS: The One Where Rachel is Late | WBEI |
| PA 1-096-096 | FRIENDS: The One Where Rachel Has a Baby: Part 1 | WBEI |
| PA 1-096-093 | FRIENDS: The One Where Rachel Has a Baby: Part 2 | WBEI |
| PA 1-097-335 | FRIENDS: The One Where No One Proposes | WBEI |

| | | |
|---|---|---|
| PA 1-097-336 | FRIENDS: The One Where Emma Cries | WBEI |
| PA 1-097-338 | FRIENDS: The One with the Pediatrician | WBEI |
| PA 1-097-337 | FRIENDS: The One with the Sharks | WBEI |
| PA 1-097-339 | FRIENDS: The One with Phoebe's Birthday Dinner | WBEI |
| PA 1-097-340 | FRIENDS: The One with the Male Nanny | WBEI |
| PA 1-110-496 | FRIENDS: The One with Ross' Inappropriate Song | WBEI |
| PA 1-110-495 | FRIENDS: The One with Rachel's Other Sister | WBEI |
| PA 1-110-494 | FRIENDS: The One with Christmas in Tulsa | WBEI |
| PA 1-127-950 | FRIENDS: The One Where Rachel Goes Back to Work | WBEI |
| PA 1-127-949 | FRIENDS: The One with Phoebe's Rats | WBEI |
| PA 1-127-951 | FRIENDS: The One Where Monica Sings | WBEI |
| PA 1-127-954 | FRIENDS: The One with the Blind Date | WBEI |
| PA 1-127-953 | FRIENDS: The One with the Mugging | WBEI |
| PA 1-127-952 | FRIENDS: The One with the Boob Job | WBEI |
| PA 1-198-853 | FRIENDS: The One with the Memorial Service | WBEI |
| PA 1-198-849 | FRIENDS: The One with the Lottery | WBEI |
| PA 1-198-852 | FRIENDS: The One with Rachel's Dream | WBEI |
| PA 1-198-863 | FRIENDS: The One with the Soap Opera Party | WBEI |
| PA 1-198-862 | FRIENDS: The One with the Fertility Test | WBEI |
| PA 1-197-156 | FRIENDS: The One with the Donor | WBEI |
| PA 1-148-756 | FRIENDS: The One in Barbados: Part 1 and 2 | WBEI |
| PA 1-193-101 | FRIENDS: The One After Joey and Rachel Kiss | WBEI |
| PA 1-193-099 | FRIENDS: The One Where Ross is Fine | WBEI |
| PA 1-193-100 | FRIENDS: The One with Ross's Tan | WBEI |
| PA 1-206-395 | FRIENDS: The One with the Cake | WBEI |
| PA 1-206-396 | FRIENDS: The One Where Rachel's Sister Babysits | WBEI |
| PA 1-206-397 | FRIENDS: The One with Ross' Grant | WBEI |
| PA 1-206-398 | FRIENDS: The One with the Home Study | WBEI |
| PA 1-206-399 | FRIENDS: The One with the Late Thanksgiving | WBEI |
| PA 1-206-440 | FRIENDS: The One with the Birth Mother | WBEI |
| PA 1-206-441 | FRIENDS: The One Where Chandler Gets Caught | WBEI |
| PA 1-214-056 | FRIENDS: The One Where the Stripper Cries | WBEI |
| PA 1-214-053 | FRIENDS: The One with Phoebe's Wedding | WBEI |
| PA 1-213-062 | FRIENDS: The One Where Joey Speaks French | WBEI |
| PA 1-213-061 | FRIENDS: The One with Princess Consuelo | WBEI |
| PA 1-210-936 | FRIENDS: The One Where Estelle Dies | WBEI |
| PA 1-210-937 | FRIENDS: The One with Rachel's Going Away Party | WBEI |
| PA 1-221-640 | FRIENDS: The One Before the Last One: 10 Years of Friends | WBEI |
| PA 1-221-641 | FRIENDS: The Last One: Part 1-2 | WBEI |
| PA 1-799-978 | FRINGE: Olivia | WBEI |
| PA 1-799-994 | FRINGE: The Box | WBEI |
| PA 1-799-991 | FRINGE: The Plateau | WBEI |
| PA 1-799-973 | FRINGE: Do Shapeshifters Dream of Electric Sheep? | WBEI |
| PA 1-800-068 | FRINGE: Amber 31422 | WBEI |
| PA 1-799-971 | FRINGE: 6955 KHZ | WBEI |

| | | |
|---|---|---|
| PA 1-800-066 | FRINGE: The Abducted | WBEI |
| PA 1-799-984 | FRINGE: Entrada | WBEI |
| PA 1-800-071 | FRINGE: Marionette | WBEI |
| PA 1-800-082 | FRINGE: The Firefly | WBEI |
| PA 1-799-860 | FRINGE: Reciprocity | WBEI |
| PA 1-799-843 | FRINGE: Concentrate And Ask Again | WBEI |
| PA 1-799-846 | FRINGE: Immortality | WBEI |
| PA 1-799-854 | FRINGE: 6B | WBEI |
| PA 1-799-856 | FRINGE: Subject 13 | WBEI |
| PA 1-799-853 | FRINGE: OS | WBEI |
| PA 1-799-980 | FRINGE: Stowaway | WBEI |
| PA 1-799-975 | FRINGE: Bloodline | WBEI |
| PA 1-800-064 | FRINGE: Lysergic Acid Diethylamide | WBEI |
| PA 1-800-072 | FRINGE: 6:02 AM EST | WBEI |
| PA 1-799-987 | FRINGE: The Last Sam Weiss | WBEI |
| PA 1-800-069 | FRINGE: The Day We Died | WBEI |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | Home Box Office, Inc. ("HBO") |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | HBO |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | HBO |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | HBO |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | HBO |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | HBO |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | HBO |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | HBO |
| PA 1-739-318 | GAME OF THRONES: Baelor | HBO |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | HBO |
| PA 1-798-788 | GOSSIP GIRL: Belles De Jour | WBEI; CBS Studios Inc. ("CBS") |
| PA 1-798-808 | GOSSIP GIRL: Double Identity | WBEI;CBS |
| PA-1-798-791 | GOSSIP GIRL: The Undergraduates | WBEI;CBS |
| PA-1-798-782 | GOSSIP GIRL: Touch Of Eva | WBEI;CBS |
| PA-1-798-779 | GOSSIP GIRL: Goodbye, Columbia | WBEI;CBS |
| PA-1-798-796 | GOSSIP GIRL: Easy J | WBEI;CBS |
| PA-1-798-800 | GOSSIP GIRL: War At The Roses | WBEI;CBS |
| PA-1-798-805 | GOSSIP GIRL: Juliet Doesn't Live Here Anymore | WBEI;CBS |
| PA-1-798-776 | GOSSIP GIRL: The Witches Of Bushwick | WBEI;CBS |
| PA-1-798-706 | GOSSIP GIRL: Gaslit | WBEI;CBS |
| PA-1-798-803 | GOSSIP GIRL: The Townie | WBEI;CBS |
| PA-1-798-675 | GOSSIP GIRL: The Kids Are Not All Right | WBEI;CBS |
| PA-1-798-813 | GOSSIP GIRL: Damien Darko | WBEI;CBS |
| PA-1-798-793 | GOSSIP GIRL: Panic Roommate | WBEI;CBS |
| PA-1-798-778 | GOSSIP GIRL: It-Girl Happened One Night | WBEI;CBS |

| | | |
|---|---|---|
| PA-1-798-700 | GOSSIP GIRL: While You Weren't Sleeping | WBEI;CBS |
| PA-1-798-784 | GOSSIP GIRL: Empire of The Son | WBEI;CBS |
| PA-1-798-783 | GOSSIP GIRL: The Kids Stay In The Picture | WBEI;CBS |
| PA-1-798-694 | GOSSIP GIRL: Petty In Pink | WBEI;CBS |
| PA-1-798-660 | GOSSIP GIRL: The Princess And The Frog | WBEI;CBS |
| PA 1-798-713 | GOSSIP GIRL: Shattered Bass | WBEI;CBS |
| PA 1-798-789 | GOSSIP GIRL: The Wrong Goodbye | WBEI;CBS |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | WBEI |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | WBEI |
| PA 1-857-715 | MIKE & MOLLY: Pilot | WBEI |
| PA 1-857-680 | MIKE & MOLLY: First Date | WBEI |
| PA 1-857-615 | MIKE & MOLLY: First Kiss | WBEI |
| PA 1-857-724 | MIKE & MOLLY: Mike's Not Ready | WBEI |
| PA 1-857-612 | MIKE & MOLLY: Carl Is Jealous | WBEI |
| PA 1-857-730 | MIKE & MOLLY: Mike's Apartment | WBEI |
| PA 1-857-617 | MIKE & MOLLY: After The Lovin' | WBEI |
| PA 1-857-609 | MIKE & MOLLY: Mike Snores | WBEI |
| PA 1-857-708 | MIKE & MOLLY: Mike's New Boots | WBEI |
| PA 1-857-683 | MIKE & MOLLY: Molly Gets A Hat<br>Bottom of Form | WBEI |
| PA 1-857-678 | MIKE & MOLLY: Carl Gets A Girl | WBEI |
| PA 1-857-621 | MIKE & MOLLY: First Christmas | WBEI |
| PA 1-857-687 | MIKE & MOLLY: Mike Goes To The Opera | WBEI |
| PA 1-857-720 | MIKE & MOLLY: Molly Makes Soup | WBEI |
| PA 1-857-726 | MIKE & MOLLY: Jim Won't Eat | WBEI |
| PA 1-857-698 | MIKE & MOLLY: First Valentine's Day<br>Bottom of Form | WBEI |
| PA 1-857-732 | MIKE & MOLLY: Joyce & Vince and Peaches & Herb | WBEI |
| PA 1-857-696 | MIKE & MOLLY: Mike's Feet<br>Bottom of Form | WBEI |
| PA 1-857-692 | MIKE & MOLLY: Peggy Shaves Her Legs | WBEI |
| PA 1-857-723 | MIKE & MOLLY: Samuel Gets Fired | WBEI |
| PA 1-857-721 | MIKE & MOLLY: Cigar Talk | WBEI |
| PA 1-857-623 | MIKE & MOLLY: Victoria's Birthday | WBEI |
| PA 1-857-611 | MIKE & MOLLY: Peggy's New Beau | WBEI |
| PA 1-679-184 | THE PACIFIC: Part One | HBO |
| PA 1-687-855 | THE PACIFIC: Part Two | HBO |
| PA 1-679-181 | THE PACIFIC: Part Three | HBO |
| PA 1-683-931 | THE PACIFIC: Part Four | HBO |

| PA 1-683-936 | THE PACIFIC: Part Five | HBO |
|---|---|---|
| PA 1-683-933 | THE PACIFIC: Part Six | HBO |
| PA 1-683-929 | THE PACIFIC: Part Seven | HBO |
| PA 1-685-746 | THE PACIFIC: Part Eight | HBO |
| PA 1-685-739 | THE PACIFIC: Part Nine | HBO |
| PA 1-685-738 | THE PACIFIC: Part Ten | HBO |
| PA 1-744-418 | PRETTY LITTLE LIARS (SERIES): Pilot | WBEI |
| PA 1-744-449 | PRETTY LITTLE LIARS (SERIES): The Jenna Thing | WBEI |
| PA 1-744-566 | PRETTY LITTLE LIARS (SERIES): To Kill A Mocking Girl | WBEI |
| PA 1-744-450 | PRETTY LITTLE LIARS (SERIES): Can You Hear Me Now? | WBEI |
| PA 1-744-429 | PRETTY LITTLE LIARS (SERIES): Reality Bites Me | WBEI |
| PA 1-749-524 | PRETTY LITTLE LIARS (SERIES): There's No Place Like Homecoming | WBEI |
| PA 1-749-525 | PRETTY LITTLE LIARS (SERIES): The Homecoming Hangover | WBEI |
| PA 1-744-454 | PRETTY LITTLE LIARS (SERIES): Please, Do Talk Above Me When I'm Gone | WBEI |
| PA 1-749-549 | PRETTY LITTLE LIARS (SERIES): The Perfect Storm | WBEI |
| PA 1-744-404 | PRETTY LITTLE LIARS (SERIES): Keep Your Friends Close | WBEI |
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES): It's Alive | WBEI |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES): The Goodbye Look | WBEI |
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES): My Name Is Trouble | WBEI |
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES): Blind Dates | WBEI |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES): The Devil You Know | WBEI |
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES): Never Letting Go | WBEI |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES): Surface Tension | WBEI |
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES): Save The Date | WBEI |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES): Picture This | WBEI |
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES): Touched By An 'A'-Angel | WBEI |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES): I Must Confess | WBEI |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES): Over My Dead Body | WBEI |
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES): The First Secret | WBEI |
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES): Through Many Dangers, Toils and Snares | WBEI |
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES): A Hot Piece of "A" | WBEI |
| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES): Let The Water Hold Me Down | WBEI |
| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES): The Blonde Leading The Blind | WBEI |
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES): A Kiss Before Lying | WBEI |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES): The Naked Truth | WBEI |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES): CTRL: A | WBEI |

| | | |
|---|---|---|
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES): Breaking The Code | WBEI |
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES): Father Knows Best | WBEI |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES): The Eye Of The Beholder | WBEI |
| PA 1-794-693 | PRETTY LITTLE LIARS (SERIES): If These Dolls Could Talk | WBEI |
| PA 1-794-758 | PRETTY LITTLE LIARS (SERIES): Unmasked | WBEI |
| PA 1-744-564 | RIZZOLI & ISLES: See One, Do One, Teach One | WBEI |
| PA 1-744-585 | RIZZOLI & ISLES: Boston Strangler Redux | WBEI |
| PA 1-741-699 | RIZZOLI & ISLES: Sympathy for the Devil | WBEI |
| PA 1-741-689 | RIZZOLI & ISLES: She Works Hard For The Money | WBEI |
| PA 1-741-690 | RIZZOLI & ISLES: Money For Nothing | WBEI |
| PA 1-741-692 | RIZZOLI & ISLES: I Kissed A Girl | WBEI |
| PA 1-741-693 | RIZZOLI & ISLES: Born To Run | WBEI |
| PA 1-741-694 | RIZZOLI & ISLES: I'm Your Boogie Man | WBEI |
| PA 1-741-696 | RIZZOLI & ISLES: The Beast In Me | WBEI |
| PA 1-741-697 | RIZZOLI & ISLES: When The Gun Goes Bang, Bang, Bang | WBEI |
| PA 1-800-929 | RIZZOLI & ISLES: We Don't Need Another Hero | WBEI |
| PA 1-800-896 | RIZZOLI & ISLES: Living Proof | WBEI |
| PA 1-893-193 | RIZZOLI & ISLES: Sailor Man | WBEI |
| PA 1-800-891 | RIZZOLI & ISLES: Don't Hate The Player | WBEI |
| PA 1-800-908 | RIZZOLI & ISLES: Rebel Without A Pause | WBEI |
| PA 1-800-922 | RIZZOLI & ISLES: Bloodlines | WBEI |
| PA 1-800-962 | RIZZOLI & ISLES: Brown Eyed Girl | WBEI |
| PA 1-800-887 | RIZZOLI & ISLES: My Own Worst Enemy | WBEI |
| PA 1-800-951 | RIZZOLI & ISLES: Gone Daddy Gone | WBEI |
| PA 1-800-942 | RIZZOLI & ISLES: Remember Me | WBEI |
| PA 1-800-959 | RIZZOLI & ISLES: Can I Get A Witness? | WBEI |
| PA 1-800-950 | RIZZOLI & ISLES: He Ain't Heavy, He's My Brother | WBEI |
| PA 1-800-949 | RIZZOLI & ISLES: Seventeen Ain't So Sweet | WBEI |
| PA 1-800-957 | RIZZOLI & ISLES: Don't Stop Dancing, Girl | WBEI |
| PA 1-800-934 | RIZZOLI & ISLES: Burning Down The House | WBEI |
| PA 940-627 | SEX AND THE CITY: The Pilot | HBO |
| PA 940-628 | SEX AND THE CITY: Models and Mortals | HBO |
| PA 940-629 | SEX AND THE CITY: Bay of Married Pigs | HBO |
| PA 940-630 | SEX AND THE CITY: Valley of the Twenty Something Guys | HBO |
| PA 940-631 | SEX AND THE CITY: The Power of the Female Sex | HBO |
| PA 940-632 | SEX AND THE CITY: Secret Sex | HBO |
| PA 940-633 | SEX AND THE CITY: The Monogamists | HBO |
| PA 940-634 | SEX AND THE CITY: Three's a Crowd | HBO |
| PA 940-635 | SEX AND THE CITY: The Turtle and the Hare | HBO |
| PA 940-636 | SEX AND THE CITY: The Baby Shower | HBO |
| PA 940-638 | SEX AND THE CITY: The Drought | HBO |
| PA 940-637 | SEX AND THE CITY: Oh Come All Ye Faithful | HBO |

| | | | |
|---|---|---|---|
| 1 | PA 936-802 | SEX AND THE CITY:: Take Me Out to the Ballgame | HBO |
| 2 | PA 936-803 | SEX AND THE CITY: The Awful Truth | HBO |
| | PA 936-804 | SEX AND THE CITY: The Freak Show | HBO |
| 3 | PA 948-134 | SEX AND THE CITY: They Shoot Single People, Don't They? | HBO |
| 4 | PA 946-675 | SEX AND THE CITY: Four Women and a Funeral | HBO |
| 5 | PA 946-676 | SEX AND THE CITY: The Cheating Curve | HBO |
| | PA 988-794 | SEX AND THE CITY: The Chicken Dance | HBO |
| 6 | PA 957-858 | SEX AND THE CITY: The Man, The Myth, The Viagra | HBO |
| | PA 957-859 | SEX AND THE CITY: Old Dogs, New Dicks | HBO |
| 7 | PA 957-860 | SEX AND THE CITY: The Caste System | HBO |
| 8 | PA 957-861 | SEX AND THE CITY: Evolution | HBO |
| | PA 957-862 | SEX AND THE CITY: La Douleur Exquise | HBO |
| 9 | PA 957-863 | SEX AND THE CITY: Games People Play | HBO |
| | PA 958-270 | SEX AND THE CITY: The F*** Buddy | HBO |
| 10 | PA 958-271 | SEX AND THE CITY: Shortcomings | HBO |
| 11 | PA 958-272 | SEX AND THE CITY: Was it Good for You? | HBO |
| 12 | PA 958-273 | SEX AND THE CITY: Twenty-Something Girls vs. Thirty-Something Women | HBO |
| | PA 958-274 | SEX AND THE CITY: Ex and the City | HBO |
| 13 | PA 992-332 | SEX AND THE CITY: Where There's Smoke… | HBO |
| 14 | PA 992-333 | SEX AND THE CITY: Politically Erect | HBO |
| | PA 992-334 | SEX AND THE CITY: Attack of the 5'10" Woman | HBO |
| 15 | PA 992-335 | SEX AND THE CITY: Boy, Girl, Boy, Girl… | HBO |
| | PA 992-336 | SEX AND THE CITY: NoIfs, Ands, or Butts | HBO |
| 16 | PA 992-337 | SEX AND THE CITY: Are We Sluts? | HBO |
| 17 | PA 960-635 | SEX AND THE CITY: Drama Queens | HBO |
| | PA 1-021-361 | SEX AND THE CITY: The Big Time | HBO |
| 18 | PA 1-021-364 | SEX AND THE CITY: Easy Come Easy Go | HBO |
| | PA 1-021-362 | SEX AND THE CITY: All or Nothing | HBO |
| 19 | PA 1-021-360 | SEX AND THE CITY: Running with Scissors | HBO |
| 20 | PA 1-021-365 | SEX AND THE CITY: Don't Ask, Don't Tell | HBO |
| | PA 1-021-363 | SEX AND THE CITY: Escape from New York | HBO |
| 21 | PA 1-021-366 | SEX AND THE CITY:: Sex and Another City | HBO |
| | PA 1-021-357 | SEX AND THE CITY: Hot Child in the City | HBO |
| 22 | PA 1-008-079 | SEX AND THE CITY: Frenemies | HBO |
| 23 | PA 1-021-358 | SEX AND THE CITY: What Goes Around Comes Around | HBO |
| | PA 1-021-359 | SEX AND THE CITY:: Cock a Doodle Do! | HBO |
| 24 | PA 1-036-651 | SEX AND THE CITY: The Agony and the 'Ex'-Tacy | HBO |
| | PA 1-036-650 | SEX AND THE CITY: Defining Moments | HBO |
| 25 | PA 1-036-649 | SEX AND THE CITY: What's Sex Go to Do With It? | HBO |
| 26 | PA 1-037-278 | SEX AND THE CITY: Ghost Town | HBO |
| | PA 1-037-279 | SEX AND THE CITY: Baby, Talk is Cheap | HBO |
| 27 | PA 1-037-280 | SEX AND THE CITY: Time and Punishment | HBO |
| | PA 1-037-281 | SEX AND THE CITY: My Motherboard, My Self | HBO |
| 28 | PA 1-037-282 | SEX AND THE CITY: Sex and the Country | HBO |

| | | |
|---|---|---|
| PA 1-057-359 | SEX AND THE CITY: Belles of the Balls | HBO |
| PA 1-052-287 | SEX AND THE CITY: Coulda, Woulda, Shoulda | HBO |
| PA 1-056-552 | SEX AND THE CITY: Just Say Yes | HBO |
| PA 1-068-660 | SEX AND THE CITY: The Good Fight | HBO |
| PA 1-068-661 | SEX AND THE CITY: All That Glitters | HBO |
| PA 1-068-940 | SEX AND THE CITY: Change of a Dress | HBO |
| PA 1-068-941 | SEX AND THE CITY: Ring A Ding Ding | HBO |
| PA 1-068-662 | SEX AND THE CITY: A 'Vogue' Idea | HBO |
| PA 1-068-663 | SEX AND THE CITY: I Heart NY | HBO |
| PA 1-097-095 | SEX AND THE CITY: Anchors Away | HBO |
| PA 1-097-096 | SEX AND THE CITY: Unoriginal Sin | HBO |
| PA 1-097-097 | SEX AND THE CITY: Luck Be an Old Lady | HBO |
| PA 1-085-802 | SEX AND THE CITY: Cover Girl | HBO |
| PA 1-097-098 | SEX AND THE CITY: Plus One is the Loneliest Number | HBO |
| PA 1-097-099 | SEX AND THE CITY: Critical Condition | HBO |
| PA 1-097-100 | SEX AND THE CITY: The Big Journey | HBO |
| PA 1-110-350 | SEX AND THE CITY: I Love a Charade | HBO |
| PAu 2-814-969 | SEX AND THE CITY: To Market, To Market | HBO |
| PAu 2-814-970 | SEX AND THE CITY: Great Sexpectations | HBO |
| PA 1-188-085 | SEX AND THE CITY: The Perfect Present | HBO |
| PA 1-188-053 | SEX AND THE CITY: Pick A-Little Talk-A-Little | HBO |
| PAu 2-787-343 | SEX AND THE CITY:  Lights Camera Relationship! | HBO |
| PAu 2-787-324 | SEX AND THE CITY: Hop Skip and a Week | HBO |
| PA 1-190-940 | SEX AND THE CITY: The Post-It Always Sticks Twice | HBO |
| PA 1-190-939 | SEX AND THE CITY: The Catch | HBO |
| PA 1-190-931 | SEX AND THE CITY: A Woman s Right to Shoes | HBO |
| PA 1-201-677 | SEX AND THE CITY:  Boy, Interrupted | HBO |
| PA 1-201-681 | SEX AND THE CITY: The Domino Effect | HBO |
| PA 1-199-423 | SEX AND THE CITY: One | HBO |
| PA 1-214-042 | SEX AND THE CITY: Let There Be Light | HBO |
| PA 1-214-043 | SEX AND THE CITY: The Ick Factor | HBO |
| PA 1-214-044 | SEX AND THE CITY: Catch-38 | HBO |
| PA 1-214-045 | SEX AND THE CITY: Out of the Frying Pan | HBO |
| PA 1-222-896 | SEX AND THE CITY: The Cold War | HBO |
| PA 1-222-887 | SEX AND THE CITY: Splat! | HBO |
| PA 1-222-894 | SEX AND THE CITY: An American Girl in Paris (Part Une) | HBO |
| PA 1-222-895 | SEX AND THE CITY: An American Girl in Paris (Part Deux) | HBO |
| PA 1-744-569 | STAR WARS: THE CLONE WARS: Clone Cadets | Lucasfilm Ltd. ("LFL") |
| PA 1-753-793 | STAR WARS: THE CLONE WARS: Arc Troopers | LFL |
| PA 1-744-572 | STAR WARS: THE CLONE WARS: Supply Lines | LFL |
| PA 1-741-283 | STAR WARS: THE CLONE WARS: Sphere Of Influence | LFL |
| PA 1-741-284 | STAR WARS: THE CLONE WARS: Corruption | LFL |
| PA 1-744-048 | STAR WARS: THE CLONE WARS: The Academy | LFL |

| | | |
|---|---|---|
| PA 1-741-280 | STAR WARS: THE CLONE WARS: Assassin | LFL |
| PA 1-775-125 | STAR WARS: THE CLONE WARS: Evil Plans | LFL |
| PA 1-780-441 | STAR WARS: THE CLONE WARS: Hunt For Ziro | LFL |
| PA 1-780-410 | STAR WARS: THE CLONE WARS: Heroes On Both Sides | LFL |
| PA 1-780-438 | STAR WARS: THE CLONE WARS: Pursuit Of Peace | LFL |
| PA 1-780-057 | STAR WARS: THE CLONE WARS: Nightsisters | LFL |
| PA 1-783-492 | THE VAMPIRE DIARIES: Pilot | WBEI; CBS |
| PA 1-783-505 | THE VAMPIRE DIARIES: The Night Of The Comet | WBEI; CBS |
| PA 1-783-510 | THE VAMPIRE DIARIES: Friday Night Bites | WBEI; CBS |
| PA 1-783-518 | THE VAMPIRE DIARIES: Family Ties | WBEI; CBS |
| PA 1-783-545 | THE VAMPIRE DIARIES: You're Undead To Me | WBEI; CBS |
| PA 1-783-551 | THE VAMPIRE DIARIES: Lost Girls | WBEI; CBS |
| PA 1-783-556 | THE VAMPIRE DIARIES: Haunted | WBEI; CBS |
| PA 1-783-559 | THE VAMPIRE DIARIES: 162 Candles | WBEI; CBS |
| PA 1-783-563 | THE VAMPIRE DIARIES: History Repeating | WBEI; CBS |
| PA 1-783-567 | THE VAMPIRE DIARIES: The Turning Point | WBEI; CBS |
| PA 1-783-574 | THE VAMPIRE DIARIES: Bloodlines | WBEI; CBS |
| PA 1-783-578 | THE VAMPIRE DIARIES: Unpleasantville | WBEI; CBS |
| PA 1-783-584 | THE VAMPIRE DIARIES: Children Of The Damned | WBEI; CBS |
| PA 1-783-586 | THE VAMPIRE DIARIES: Fool Me Once | WBEI; CBS |
| PA 1-783-588 | THE VAMPIRE DIARIES: A Few Good Men | WBEI; CBS |
| PA 1-781-131 | THE VAMPIRE DIARIES: There Goes The Neighborhood | WBEI; CBS |
| PA 1-783-591 | THE VAMPIRE DIARIES: Let The Right One In | WBEI; CBS |
| PA 1-783-593 | THE VAMPIRE DIARIES: Under Control | WBEI; CBS |
| PA 1-783-596 | THE VAMPIRE DIARIES: Miss Mystic Falls | WBEI; CBS |
| PA 1-783-613 | THE VAMPIRE DIARIES: Blood Brothers | WBEI; CBS |
| PA 1-783-614 | THE VAMPIRE DIARIES: Isobel | WBEI; CBS |
| PA 1-783-616 | THE VAMPIRE DIARIES: Founder's Day | WBEI; CBS |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | WBEI; CBS |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | WBEI; CBS |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | WBEI; CBS |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | WBEI; CBS |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | WBEI; CBS |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | WBEI; CBS |
| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | WBEI; CBS |
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | WBEI; CBS |
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | WBEI; CBS |
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | WBEI; CBS |
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | WBEI; CBS |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | WBEI; CBS |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | WBEI; CBS |
| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | WBEI; CBS |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | WBEI; CBS |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | WBEI; CBS |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | WBEI; CBS |
| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | WBEI; CBS |

| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | WBEI; CBS |
|---|---|---|
| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | WBEI; CBS |
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | WBEI; CBS |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | WBEI; CBS |
| PA 1-085-787 | THE WIRE: The Target | HBO |
| PA 1-085-788 | THE WIRE: The Detail | HBO |
| PA 1-085-789 | THE WIRE: The Buys | HBO |
| PA 1-085-790 | THE WIRE: Old Cases | HBO |
| PA 1-091-735 | THE WIRE: The Pager | HBO |
| PA 1-091-734 | THE WIRE: The Wire | HBO |
| PA 1-085-791 | THE WIRE: One Arrest | HBO |
| PA 1-112-366 | THE WIRE: Lessons | HBO |
| PA 1-112-367 | THE WIRE: Game Day | HBO |
| PA 1-085-792 | THE WIRE: The Cost | HBO |
| PA 1-085-793 | THE WIRE: The Hunt | HBO |
| PA 1-112-891 | THE WIRE: Cleaning Up | HBO |
| PA 1-097-171 | THE WIRE: Sentencing | HBO |
| PA 1-136-490 | THE WIRE: Ebb Tide | HBO |
| PA 1-148-802 | THE WIRE: Collateral Damage | HBO |
| PA 1-194-679 | THE WIRE: Hot Shots | HBO |
| PAu 2-811-064 | THE WIRE: Hard Cases | HBO |
| PAu 2-803-274 | THE WIRE: Undertow | HBO |
| PA 1-148-601 | THE WIRE: All Prologue | HBO |
| PA 1-188-186 | THE WIRE: Backwash | HBO |
| PAu 2-787-345 | THE WIRE: Duck And Cover | HBO |
| PA 1-190-936 | THE WIRE: Stray Sounds | HBO |
| PA 1-194-673 | THE WIRE: Storm Warnings | HBO |
| PA 1-201-679 | THE WIRE: Bad Dreams | HBO |
| PA 1-201-678 | THE WIRE: Port In A Storm | HBO |
| PA 1-246-492 | THE WIRE: Time After Time | HBO |
| PA 1-246-487 | THE WIRE: All Due Respect | HBO |
| PA 1-249-546 | THE WIRE: Dead Soldiers | HBO |
| PA 1-249-545 | THE WIRE: Amsterdam | HBO |
| PA 1-249-550 | THE WIRE: Straight And True | HBO |
| PA 1-249-549 | THE WIRE: Homecoming | HBO |
| PA 1-263-206 | THE WIRE: Back Burners | HBO |
| PA 1-263-204 | THE WIRE: Moral Midgetry | HBO |
| PA 1-263-205 | THE WIRE: Slapstick | HBO |
| PA 1-263-201 | THE WIRE: Reformation | HBO |
| PA 1-265-461 | THE WIRE: Middle Ground | HBO |
| PA 1-265-512 | THE WIRE: Mission Accomplished | HBO |
| PA 1-325-037 | THE WIRE: Boys Of Summer | HBO |
| PA 1-325-038 | THE WIRE: Soft Eyes | HBO |
| PA 1-325-039 | THE WIRE: Home Rooms | HBO |
| PA 1-261-149 | THE WIRE: Refugees | HBO |
| PA 1-261-150 | THE WIRE: Alliances | HBO |

| | | |
|---|---|---|
| PA 1-261-132 | THE WIRE: Margin Of Error | HBO |
| PA 1-261-151 | THE WIRE: Unto Others | HBO |
| PA 1-261-345 | THE WIRE: Corner Boys | HBO |
| PA 1-261-344 | THE WIRE: Know Your Place | HBO |
| PA 1-353-972 | THE WIRE: Misgivings | HBO |
| PA 1-353-973 | THE WIRE: A New Day | HBO |
| PA 1-353-974 | THE WIRE: That's Got His Own | HBO |
| PA 1-261-346 | THE WIRE: Final Grades | HBO |
| PA 1-611-976 | THE WIRE: More With Less | HBO |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | HBO |
| PA 1-798-349 | THE WIRE: Not For Attribution | HBO |
| PA 1-663-138 | THE WIRE: Transitions | HBO |
| PA 1-617-062 | THE WIRE: React Quotes | HBO |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | HBO |
| PA 1-622-694 | THE WIRE: Took | HBO |
| PA 1-622-990 | THE WIRE: Clarifications | HBO |
| PA 1-622-995 | THE WIRE: Late Editions | HBO |
| PA 1-622-993 | THE WIRE: -30- | HBO |
| PA 1-664-352 | TRUE BLOOD: Nothing but the Blood | HBO |
| PA 1-666-595 | TRUE BLOOD: Keep This Party Going | HBO |
| PA 1-666-589 | TRUE BLOOD: Scratches | HBO |
| PA 1-666-598 | TRUE BLOOD: Shake and Fingerpop | HBO |
| PA 1-666-592 | TRUE BLOOD: Never Let Me Go | HBO |
| PA 1-666-591 | TRUE BLOOD: Hard-Hearted Hannah | HBO |
| PA 1-667-523 | TRUE BLOOD: Release Me | HBO |
| PA 1-666-586 | TRUE BLOOD: Timebomb | HBO |
| PA 1-666-583 | TRUE BLOOD: I Will Rise Up | HBO |
| PA 1-666-596 | TRUE BLOOD: New World in My View | HBO |
| PA 1-663-479 | TRUE BLOOD: Frenzy | HBO |
| PA 1-667-580 | TRUE BLOOD: Beyond Here Lies Nothin' | HBO |
| PA 1-688-635 | TRUE BLOOD: Bad Blood | HBO |
| PA 1-693-287 | TRUE BLOOD: Beautifully Broken | HBO |
| PA 1-697-033 | TRUE BLOOD: It Hurts Me Too | HBO |
| PA 1-697-287 | TRUE BLOOD: 9 Crimes | HBO |
| PA 1-704-298 | TRUE BLOOD: Trouble | HBO |
| PA 1-699-189 | TRUE BLOOD: I Got a Right to Sing the Blues | HBO |
| PA 1-699-150 | TRUE BLOOD: Hitting the Ground | HBO |
| PA 1-716-112 | TRUE BLOOD: Night on the Sun | HBO |
| PA 1-716-111 | TRUE BLOOD:: Everything is Broken | HBO |
| PA 1-716-116 | TRUE BLOOD: I Smell a Rat | HBO |
| PA 1-716-110 | TRUE BLOOD: Fresh Blood | HBO |
| PA 1-716-114 | TRUE BLOOD: Evil is Going On | HBO |
| PA 1-611-529 | TWO AND A HALF MEN: Waiting for the Right Snapper | WBEI |